STATE OF CONNECTICUT *v.* JOSEPH VON BRITTON
(AC 15395)

Dupont, C. J., and Schaller and Spear, Js.

Argued June 2—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

GARY RAMISK *v.* COMMISSIONER OF MOTOR
VEHICLES
(AC 16284)

Schaller, Spear and Hennessy, Js.

Argued June 4—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

MARYLOU BRADLEY *v.* TIMOTHY P.
RANDALL ET AL.
(AC 16301)

Dupont, C. J., and Lavery and Heiman, Js.

Argued June 6—officially released July 8, 1997

Per Curiam. The judgment is affirmed.